**Dismissed and Memorandum Opinion filed February 7, 2012.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-11-00173-CV
_____

## IN THE INTEREST OF S.Y.S., M.H., AND P.M.H., Children

**On Appeal from the 344th District Court
Chambers County, Texas
Trial Court Cause No. 25368**

## MEMORANDUM   OPINION

This is an appeal from a judgment signed February 11, 2011.   The clerk's record was filed June 14, 2011.   The reporter's record was filed November 7, 2011.   No brief was filed.

On December 13, 2011, this court issued an order stating that unless appellant submitted a brief, together with a motion reasonably explaining why the brief was late, on or before January 12, 2012, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no response.   Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices Frost, Brown, and Christopher.